```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
ESTEBAN GONZALEZ,                     :
                                      :
            Petitioner,               :   12 Civ. 5226 (JSR)
                                      :
            -v-                       :   ORDER
                                      :
UNITED STATES OF AMERICA,             :
                                      :
            Respondent.               :
------------------------------------- x
```



JED S. RAKOFF, U.S.D.J.

On August 29, 2013, the Honorable James L. Cott, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending the denial of petitioner's petition filed pursuant to 28 U.S.C. § 2255.

Petitioner has failed to file any objection to the Report and Recommendation, and, for that reason alone, has waived any right to review by this Court. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002); Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162, 174 (2d Cir. 2000). Accordingly, the Court hereby adopts the Report and Recommendation,[1] and, for the reasons therein, dismisses the petition with prejudice. In addition, because petitioner has not made a substantial showing of the denial of a constitutional right, a

---

[1] The Court notes several errant dates in the Magistrate Judge's Report and Recommendation that it hereby corrects in its adoption thereof. On page 12, line 8, the date on which Gonzalez filed a supplemental memorandum of law was September 18, 2012 (not 2013); on the same page, line 10, the same date should read September 18, 2012 (not 2013); and on the same page, line 11, the date on which the government's opposition papers were filed was October 9, 2012 (not 2013).

certificate of appealability will not issue. See 28 U.S.C. § 2253. Moreover, the Court certifies that any appeal from this Order would not be taken in good faith, as petitioner's claim lacks any arguable basis in law or fact, and therefore permission to proceed in forma pauperis is also denied. See 28 U.S.C. § 1915(a)(3); see also Seimon v. Emigrant Savs. Bank (In re Seimon), 421 F.3d 167, 169 (2d Cir. 2005). Clerk to enter judgment.

    SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       September 18, 2013